[No. 42377-4-II. Division Two. September 17, 2013.]

*In the Matter of the Personal Restraint of* LARRY A. MOOREHEAD, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Forbes, J. Pro Tem., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42441-0-II. Division Two. September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. SHERRI A. BOSESKI, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00034-8, Christine A. Pomeroy, J., entered July 20, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42783-4-II. Division Two. September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DAVID MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00786-1, Dennis P. Maher, J. Pro Tem., entered October 14, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.

[No. 42939-0-II. Division Two. September 17, 2013.]

THE STATE OF WASHINGTON, *Appellant,* v. RONNIE JOHN MULLALLY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01389-8, Rich Melnick, J., entered December 19, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall, J., and Forbes, J. Pro Tem.